UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| CHRISTOPHER KAY HORNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 7:20-CV-145-REW |
| v. ) | |
| ) | JUDGMENT |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

*** *** *** ***

Consistent with the Opinion & Order entered today, and pursuant to Federal Rule of Civil Procedure 58 and sentence four of 42 U.S.C. § 405(g), the Court:

(1)  **AFFIRMS** the SSA's decision, GRANTS DE 21, DENIES DE 15; and

(2)  **STRIKES** this matter from the Court's active docket.

This the 26th day of April, 2022.

Signed By:
*Robert E. Wier*
United States District Judge